UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TYRONE P. LEE,

                Petitioner,                19 **CIVIL** 3224 (CS)(JCM)

    -against-                      **<u>JUDGMENT</u>**

EARL BELL, SUPERINTENDANT CLINTON
CORRECTIONAL FACILITY,

                Respondent.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated December 29, 2023, no objections to the Report and Recommendation (the "R&R") have been received, and accordingly the Court has reviewed it for clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court. The Petition is denied. No certificate of appealability will issue, as reasonable jurists will not find it debatable that Petitioner has not made a substantial showing of denial of a constitutional right; accordingly, the case is closed.

**Dated:**  New York, New York

      January 2, 2024

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                           _____
                                                           **Deputy Clerk**